UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:17-CR-92-3D

UNITED STATES OF AMERICA  :
                          :
        v.                :      **O R D E R**
                          :
VALERIE BARNHILL          :

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to VALERIE BARNHILL be changed to reflect the proper identification of the defendant as VALERIA DENISE BARNHILL, also known as Valerie Barnhill.

This the __16__ day of January, 2018.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE